**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email: KarowskyLaw@sbcglobal.net

Attorney for Defendant
Linda A. Chaney

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Linda A. Chaney, et.al.,<br><br>          Defendant | Case No.: Cr.S-05-0034-LKK<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEYS**<br><br>**Date**: **August 2, 2005**<br>**Time: 9:30 a.m.**<br>**Judge: Hon. Lawrence K. Karlton** |

**GOOD CAUSE APPEARING,** it is hereby **ORDERED** that Attorney Shari Rusk is relieved as attorney of record for Linda A. Chaney, in the above-named action and Jan David Karowsky, Attorney at Law, A Professional Corporation, is hereby appointed to represent Linda A. Chaney.

**IT IS SO ORDERED**


Dated: August 1, 2005                    /s/ Lawrence K. Karlton
                                          **Lawrence K. Karlton**
                                          Senior United States District Judge