**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Linda Chaney

## UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,                )   Case No.:  Cr.S-05-0034-LKK
                                          )
                    Plaintiff,            )   **ORDER TO CONTINUE STATUS**
                                          )   **CONFERENCE**
        vs.                               )
                                          )
Linda Chaney and Robert Robinson,         )   **DATE:    December 13, 2005**
                                          )   **TIME:    9:30 a.m.**
                    Defendants            )   **JUDGE:  Hon. Lawrence K. Karlton**
                                          )
                                          )
_____)

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Status

Conference now set on December 13, 2005 shall be re-set to December 16, 2005 at 9:15 a.m..  It

is further ordered that time shall be excluded from the Speedy Trial Act calculation from the date

of December 13, 2005 to December 16, 2005, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and

- 1 -

Local Code T4 in order to accommodate the trial schedule of counsel for defendant Linda

Chaney.

**IT IS SO ORDERED.**


Dated:  December 8, 2005                    /s/ Lawrence K. Karlton
                                            HONORABLE LAWRENCE K. KARLTON
                                            Senior Judge
                                            United States District Court