**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Linda Chaney

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Linda Chaney, et.al.,<br><br>      Defendants | Case No.: Cr.S-05-0034-LKK<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE:  February 28, 2006<br>TIME:  9:30 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

**GOOD CAUSE APPEARING, IT IS ORDERED** that the Sentencing Hearing, now set for Linda Chaney on February 28, 2006 at 9:30 a.m. shall be continued to April 25, 2006 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:   February 27, 2006         /s/ Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON,
                                   Senior Judge
                                   United States District Court

- 1 -