McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-05-0034-LKK |
|        Plaintiff, | ) |
|    v. | ) STIPULATION AND ORDER |
| LINDA CHANEY, | ) |
|        Defendant. | ) |

It is hereby stipulated and agreed, by and between the United States, through its counsel, Assistant United States Attorney Anne Pings, and defendant Linda Chaney, by and through counsel, David Porter, to vacate the hearing date of March 25, 2008, and to set a new hearing date of April 1, 2008.  The proposed hearing date was approved by the Court's deputy clerk.

The defendant has filed a substantive motion seeking a reduction in her sentence.  The government intends to oppose the motion and seeks time to prepare a response.  In addition, the undersigned prosecutor is planning to be out of the jurisdiction on the date that the defendant's counsel set the matter for hearing.

The parties have agreed to the following schedule which was

discussed with the Court's clerk:

| | |
|---|---|
| Govt's Opposition Due | March 21, 2008 |
| Def's Rpely | March 28, 2008 |
| Hearing | April 1, 2008 |

    Wherefore, the parties ask that the Court order the matter set pursuant to the schedule requested herein.

DATED: March 7, 2008              Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                        /s/ Anne Pings
                                        Assistant U.S. Attorney

                                        /s/ David Porter
                                        by Asst. U.S. Attorney Pings
                                        with permission of D. Porter

    **IT IS SO ORDERED**.

Dated: March 10, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT