UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINDA ANN CHANEY,<br><br>　　　　Defendant. | No. 2:05-CR-00034-MCE<br><br>**ORDER** |

The Court is in receipt of Defendant's Motion for Disclosure of Probation Records (ECF No. 380). Good cause having been shown, that Motion is GRANTED. The Clerk of the Court is directed to serve this Order on the United States Probation Office for the Eastern District of California.

　　　IT IS SO ORDERED.

DATED: February 3, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT