IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**LINDA ANN CHANEY**<br><br>　　　　　Defendant. | CR NO: 2:05-cr-034 MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: **LINDA ANN CHANEY**
Detained at: Central California Women's Facility- Chowchilla
Detainee is:　a.)　☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint/Summons
　　　　　　　　　charging detainee with: Petition for Warrant or Summons for TSR Violation
　　or　　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　　is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Samuel Wong |
| Printed Name & Phone No: | SAMUEL WONG  916.554.2772 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
　☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　April 3, 2017

　　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　Honorable Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male ☒ Female | |
| Booking or CDC #: | WF6759 | DOB: | 01/04/19xx |
| Facility Address: | 23370 Road 22, Chowchilla, CA 93610 | Race: | BLK |
| Facility Phone: | (559) 665-5531 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　(signature)