HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
LINDA CHANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br> LINDA CHANEY,  <br>  Defendant. | Case No.  2:05-cr-00034-MCE  <br><br> ORDER TO FILE EXHIBIT E TO MOTION FOR COMPASSIONATE RELEASE UNDER SEAL |

**IT IS HEREBY ORDERED** that the Request to Seal the medical records and release plan in Ms. Chaney's case be granted so that the private medical information is not available on the public docket. The Exhibits are to be provided to the Court and opposing counsel.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's exhibits serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Defendant's exhibits that would adequately protect the compelling interests identified by Defendant.

///

///

Order to Seal Documents                          -1-

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  December 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE