HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
LINDA ANN CHANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  LINDA ANN CHANEY  Defendant. | Case No. 2:05-cr-00034-MCE-1  UNOPPOSED MOTION AND ORDER TO EXTEND MOTION DEADLINE  Judge: Hon. Morrison C. England |

The defense requests that the deadline for the compassionate release motion pertaining to defendant LINDA ANN CHANEY be extended from January 12, 2021 to January 19, 2021. Assistant United States Attorney Justin Lee has no objection.

Dated:  January 12, 2021

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Hannah Labaree*
                        HANNAH LABAREE
                        Assistant Federal Defender
                        Attorney for Defendant
                        LINDA ANN CHANEY

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.

The Court orders the January 12, 2021 deadline extended to January 19, 2021.

IT IS SO ORDERED.

Dated:  January 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE