HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA ANN CHANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>LINDA ANN CHANEY,<br><br>　　　　　Movant. | Case No. 2:05-cr-0034 KJM CKD 1<br><br>**ORDER TO SEAL DISPOSITIONAL MEMORANDUM – EXHIBIT B TO MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255**<br><br>Judge: Hon. CAROLYN K. DELANEY |

IT IS HEREBY ORDERED that the Request to Seal Exhibit B to the motion to vacate sentence pursuant to 28 U.S.C. § 2255 is granted so that the probation officer's dispositional memorandum, a confidential court record, is not available on the public docket. The record has been provided to the Court and opposing counsel.

This document shall remain under seal until further Order of the Court.

Dated: January 31, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE