UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANN CHANEY, | No.  2:05-cr-0034 KJM CKD P |
| Movant, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant has filed a request to withdraw her pending 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request to withdraw her 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence (ECF No. 463) is granted;

2. Movant's 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence (ECF No. 463) is deemed withdrawn; and

3. The Clerk of the Court is directed to close the companion civil case 2:22-cv-00098-KJM CKD P.

DATED:  August 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE